UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON L. APODACA,<br><br>            Plaintiff,<br><br>      v.<br><br>NANCY SEGRIEST, et al.,<br><br>            Defendants. | Case No.  1:19-cv-01781-ADA-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(ECF No. 18) |

Plaintiff Aaron Apodaca is a state prisoner proceeding pro se and in forma paupers in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 1, 2023, the Magistrate Judge filed findings and recommendations recommending dismissal of this action due to Plaintiff's failure to state a cognizable claim.  (ECF No. 18.)  The findings and recommendations were served on Plaintiff and contained notice that Plaintiff had thirty days within which to file objections.  (*Id*.)  Plaintiff failed to file any objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly,

1. The findings and recommendations issued on March 1, 2023, (ECF No. 18), are adopted in full;
2. The matter is dismissed, with prejudice; and
3. The Clerk of Court is directed to terminate any pending motions, close this case, and enter judgment against Plaintiff.

IT IS SO ORDERED.

Dated: May 30, 2023

UNITED STATES DISTRICT JUDGE